**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Rashid A Scott | Case No. 26-11714-amc<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>        Movant | |
| vs. | |
| Rashid A Scott ,<br>        Debtor's | |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S'S CHAPTER 13 PLAN**

Freedom Mortgage Corporation ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 15), and states as follows:

1.      The Debtor's filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 23, 2026.

2.      The Debtor's filed a Chapter 13 Plan (the "Plan") on May 7, 2026 (Doc 15).

3.      The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor's are inaccurate.  Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due Movant is $311.83, whereas the Plan proposes to pay only $0.00.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Movant objects to any plan which proposes to pay it anything less than $311.83 as the pre-petition arrearage over the life of the plan.

4.      Movant objects to Debtor's proposed Chapter 13 Plan as Part 4(a) that Movant will not receive any distribution from the Chapter 13 Trustee on its proof of claim.

5.      Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due to Movant is $311.83. Therefore, the Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

6.      Movant objects to any plan which proposes to pay it anything less than $311.83 as the pre-petition arrearage over the life of the plan.

Wherefore, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**L.B.F. 9014-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Rashid A Scott<br><br>Freedom Mortgage Corporation,<br><br>     Movant<br><br>vs.<br><br>Rashid A Scott<br>     Debtor's | Case No. 26-11714-amc<br>Chapter 13 |

**<u>CERTIFICATE OF SERVICE</u>**

     I, the undersigned, certify that on May 20 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection To Confirmation Of Debtor's Chapter 13 Plan

     I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>May 20, 2026</u>

                           */s/Andrew Spivack*
                           Andrew Spivack, PA Bar No. 84439
                           Mario Hanyon, PA Bar No. 203993
                           Jay Jones, PA Bar No. 86657
                           Brandon Perloff, PA Bar No. 316979
                           Attorney for Creditor
                           BROCK & SCOTT, PLLC
                           3825 Forrestgate Drive
                           Winston Salem, NC 27103
                           Telephone: (844) 856-6646

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Andrew Michael Schreder, Debtor's Attorney
625 Swede Street
Norristown, PA 19401
aschreder@lasp.org
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Scott F. Waterman,
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Rashid A Scott
1601 Arch Street
Norristown, PA 19401
Debtor's
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: